# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **BORINQUEN BISCUIT CORP.,** | **CIVIL NO.:  04-2070 (PG)** |
| **Plaintiff,** | |
| v. | **REQUEST FOR TRIAL BY JURY** |
| **M.V. TRADING CORP., ABC INSURANCE CO.,** | **TRADEMARK INFRINGEMENT; UNFAIR COMPETITION; DILUTION AND REQUEST FOR INJUNCTIVE RELIEF** |
| **Defendant.** | |

## MOTION IN COMPLIANCE WITH ORDER

**TO THE HONORABLE COURT:**

**COMES NOW,** plaintiff Borinquen Biscuit Corp., ("Borinquen"), through the undersigned attorneys, and very respectfully state and pray:

1. On July 29, 2005 this Honorable Court ordered the parties to file courtesy copies of our post-hearing brief.

2. In compliance with this Order, Plaintiffs hereby submit their proposed findings of fact and conclusions of law, which support the entering of injunctive relief in favor of Borinquen in this case.

**WHEREFORE,** Plaintiff very respectfully requests from this Honorable Court to take notice of the foregoing.

**RESPECTFULLY SUBMITTED.**

**CERTIFICATE OF SERVICE:** I hereby certify on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Manuel Fernández-Bared, **TORO, COLÓN, MULLET, RIVERA & SIFRE, P.S.C.** mfb@tcmrslaw.com.

In San Juan, Puerto Rico this 1st day of August, 2005.

s/Rafael Escalera Rodriguez
Rafael Escalera Rodriguez: USDC-PR 122609
E-mail: escalera@reichardescalera.com

s/Ileann Cañellas Correa
Ileann Cañellas Correa: USDC-PR 218504
E-mail: canellasi@reichardescalera.com

Attorneys for the Plaintiff
**REICHARD & ESCALERA**
P. O. Box 364148
San Juan, Puerto Rico 00936-4148
Telephone (787) 777-8825
Fax (787) 765-4225