# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **BORINQUEN BISCUIT CORP.,**<br><br>**Plaintiff,**<br><br>v.<br><br>**M.V. TRADING CORP,, ABC INSURANCE CO.,**<br><br>**Defendant.** | CIVIL NO: 04-2070 (PG)<br><br>TRADEMARK INFRINGEMENT; UNFAIR COMPETITION; DILUTION AND REQUEST FOR INJUNCTIVE RELIEF |

## MOTION IN COMPLIANCE WITH ORDERS

NOW APPEARS Defendant M. V. Trading Corp. ("MV") and very respectfully informs:

1. On this day MV has delivered a courtesy copy of M.V. Trading Corp.'s Brief with Proposed Findings of Fact and Conclusions of Law, in compliance with the Honorable Court's order of July 29, 2005.

2. MV is submitting herewith the certified translation of Exhibit I, Market Survey Results, as per the Court's instructions during the hearing held on June 7, 2005.

WHEREFORE, M.V. Trading Corp. respectfully requests this Honorable Court to note compliance with the aforementioned orders.

I **HEREBY CERTIFY** that today I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF System which will send notification of such filing to Ileann Canellas Correa at canellasi@reichardescalera.com and to Rafael Escalera Rodríguez at escalera@reichardescalera.com.

In San Juan, Puerto Rico, this August 5, 2005.

    TORO, COLÓN, MULLET, RIVERA & SIFRE, P.S.C.
    Attorneys for MV Trading
    P.O. Box 195383, San Juan, Puerto Rico 00919-5383
    jvankirk@tcmrslaw.com
    Tel : (787)751-8999
    Fax: (787) 763-7760

    By: s/ Jane Patricia Van Kirk
        USDC No. 220510