(Certified Translation)

Law Office
SKA Market Research Services, Division of Mediafax, Inc.
Project Number #40-38

TABLE OF CONTENTS
PAGE 1

| | | |
|---|---|---|
| Table | 001 | Q1a. Have you tried this product? ("Galletas" "H") (Rica) |
| | 002 | Q1b. Who manufactures these "galletas"? ("Galletas" "H") (Rica) |
| | 003 | Q2a. Have you tried this product? ("Galletas" "J") (Ricas) |
| | 004 | Q2b. Who manufactures these "galletas"? ("Galletas" "J") (Ricas) |
| | 005 | Q3. If you wanted to consume a salted "galleta", which of these two "galletas" would you consume? |
| | 006 | Q4. If you wanted to consume a sweet "galleta", which of these two "galletas" would you consume? |

Certified to be a correct translation
LAUREN M. GARCIA  [signature]
Certified Federal Court Interpreter

Privileged and Confidential
Attorney Work Product

(Certified Translation)

Law Office
SKA Market Research Services, Division of Mediafax, Inc.
Project Number #40-38

Table 001

Q1a. Have you tried this product? ("Galletas" "H") (Rica)

| | TOTAL |
|---|---|
| Base: Total Persons Interviewed | 100 / 100.0 |
| Yes | 82 / 82.0 |
| No | 18 / 18.0 |

Privileged and Confidential
Attorney Work Product

Certified to be a correct translation
LAUREN M. GARCIA
Certified Federal Court Interpreter

(Certified Translation)

Law Office
SKA Market Research Services, Division of Mediafax, Inc.
Project Number #40-38

Privileged and Confidential
Attorney Work Product

Table 002

Q1b.   Who manufactures these "galletas"? ("Galletas" "H") (Rica)

| | TOTAL |
|---|---|
| Base: Total Persons Interviewed | 100 / 100.0 |
| Rovira | 5 / 5.0 |
| Nabisco | 4 / 4.0 |
| La Sultana | 4 / 4.0 |
| Royal Borinquen | 4 / 4.0 |
| Nestlé | 2 / 2.0 |
| Rica | 2 / 2.0 |
| Ritz | 1 / 1.0 |
| Nothing/Does not know | 78 / 78.0 |

Certified to be a correct translation
LAUREN M. GARCIA
Certified Federal Court Interpreter

(Certified Translation)

Law Office
SKA Market Research Services, Division of Mediafax, Inc.
Project Number #40-38

Privileged and Confidential
Attorney Work Product

Table 003

Q2a. Have you tried this product? ("Galletas" "J") (Ricas)

| | TOTAL |
|---|---|
| Base: Total Persons Interviewed | 100<br>100.0 |
| Yes | 29<br>29.0 |
| No | 71<br>71.0 |

Certified to be a correct translation
LAUREN M. GARCIA  /s/
Certified Federal Court Interpreter

(Certified Translation)

Law Office
SKA Market Research Services, Division of Mediafax, Inc.
Project Number #40.38

Table 004

Q2b. Who manufactures these "galletas"? ("Galletas" "J") (Ricas)

|  | TOTAL |
|---|---|
| Base; Total Persons Interviewed | 100<br>100.0 |
| Nestle | 35<br>35.0 |
| Nabisco | 1<br>1.0 |
| Sol de Borinquen | 1<br>1.0 |
| Royal Borinquen | 1<br>1.0 |
| Pitusa | 1<br>1.0 |
| Nothing/Does not know | 61<br>61.0 |

Certified to be a correct translation
LAUREN M. GARCIA
Certified Federal Court Interpreter

Privileged and Confidential
Attorney Work Product

(Certified Translation)

Law Office
SKA Market Research Services, Division of Mediafax, Inc.
Project Number #40-38

Table 005

Q3. If you wanted to consume a salted "galleta", which of these two "galletas" would you consume?

| | TOTAL |
|---|---|
| Base: Total Persons Interviewed | 100 |
| | 100.0 |
| "Galleta" "H" (Rica) | 18 |
| | 18.0 |
| "Galleta" "J" (Ricas) | 80 |
| | 80.0 |
| None | 2 |
| | 2.0 |

Certified to be a correct translation
LAUREN M. GARCIA  *[signature]*
Certified Federal Court Interpreter

Privileged and Confidential
Attorney Work Product

(Certified Translation)

Law Office
SKA Market Research Services, Division of Mediafax, Inc.
Project Number #40-38

Table 006

Privileged and Confidential
Attorney Work Product

Q4. If you wanted to consume a sweet "galleta", which of these two "galletas" would you consume?

| | TOTAL |
|---|---|
| Base: Total Persons Interviewed | 100 / 100.0 |
| "Galleta" "H" (Rica) | 89 / 89.0 |
| "Galleta" "J" (Ricas) | 8 / 8.0 |
| None | 3 / 3.0 |

Certified to be a correct translation  *[signature]*
LAUREN M. GARCIA
Certified Federal Court Interpreter